IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELINA and EDWARDO EDUVALA : | |
| : | CIVIL ACTION NO. 02-CV-4327 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____   _____
Hope S. Freiwald                                       Aline Fairweather



_____   _____
Erin Brennan                                             Kirstin J. Miller



                                      DECHERT PRICE & RHOADS
                                      4000 Bell Atlantic Tower
                                      1717 Arch Street
                                      Philadelphia, PA  19103-2793
                                      (215) 994-4000